# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 1990 South Bundy Drive, Suite 777, Los Angeles, CA 90025.

On January 26, 2021, I served on the interested parties the document(s) described as **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331, 1441(a)** by transmitting a true and correct copy thereof addressed as follows:

| | |
|---|---|
| Keith Zakarian, Esq.<br>Meagan E. Garland, Esq.<br>Sarah A. Gilbert, Esq.<br>DUANE MORRIS LLP<br>750 B Street, Suite 2900<br>San Diego, CA 92101 | **Attorney for Plaintiffs,**<br><br>**AMERICAN CAREER COLLEGE, INC.;**<br>**WEST COAST UNIVERSITY, INC.** |

Email: KZakarin@duanemorris.com
          MEGarland@duanemorris.com
          SAGilbert@duanemorris.com

**  X    VIA U.S. MAIL:**

I caused such sealed envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid. I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. It is deposited with the U.S. Postal Service the same day in the ordinary course of business.

**VIA OVERNIGHT MAIL (FEDERAL EXPRESS OR EXPRESS MAIL):**

The document(s) were delivered to the overnight mail service in a sealed envelope(s) or package(s) addressed to the person(s) listed above.

**VIA ELECTRONIC TRANSMISSION:**

I caused the document(s) to be sent to the person(s) at the email addresses listed in the above Service List. I did not receive, within a reasonable time after the transmission, any electronic notification or other indication that the transmission was unsuccessful.

**  X  **  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**  X  **  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

　　　　　　　　　　　　　　　　　　　　   /s/  Alex Friedman
　　　　　　　　　　　　　　　　　　　　  ALEX FRIEDMAN

FENTON LAW GROUP, LLP

**PROOF OF SERVICE**