Edward Cramp, Esq. (SBN 212490)
E-mail:  EMCramp@duanemorris.com
Patricia P. Hollenbeck, Esq. (SBN 121765)
E-mail:  PHollenbeck@duanemorris.com
Karen L. Alexander, Esq. (SBN 265926)
E-mail:  KLAlexander@duanemorris.com
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile:  619.744.2201

Attorneys for Plaintiffs/Counter-Defendants
AMERICAN CAREER COLLEGE, INC. and
WEST COAST UNIVERSITY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Career College, Inc., a California corporation, and West Coast University, Inc., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>Mario Oswaldo Medina, Sr. a/k/a Mario Oswaldo Medina Ortiz, a/k/a Mario Oswaldo Ortiz, a/k/a Mario M Ortiz, a/k/a Mario Oswaldo Medino a/k/a, Mario Ortiz Medina, an individual; Roger Adolfo Ortiz, a/k/a Roger Ortiz, a/k/a Roger Aofl Ortiz, an individual; Rolando Valdivia, a/k/a Raul Valdez; a/k/a Raul Val, an individual; Unete Healthcare Associates, L.L.C, doing business as Pronto Wellness, a California limited liability company, and DOES 1 -100, inclusive.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:21-CV-00698-PSG-SK<br><br>**DECLARATION OF PATRICIA P. HOLLENBECK IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 45, 46, 47, 48, AND 49 TO THE DECLARATION OF PATRICIA P. HOLLENBECK IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Filed: January 26, 2021 (upon removal)<br>SAC Filed: June 18, 2021<br>TAC Filed: February 17, 2022<br>Counterclaim Filed: July 2, 2021 and March 31, 2022 |

Case No. 2:21-cv-698
Declaration Of Patricia P. Hollenbeck In Support Of Plaintiffs' Application to File Exhibits In Support of Plaintiffs' Motion for Summary Judgment Under Seal

I, Patricia P. Hollenbeck, declare as follows:

1. I am an attorney at law duly licensed to practice before all the Courts in the State of California. I am a partner with the law firm Duane Morris LLP, and I am counsel for American Career College, Inc. ("ACC") and West Coast University, Inc. ("WCU") (collectively "Plaintiffs") in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. On or about May 13, 2022, my office filed Plaintiffs' Motion for Partial Summary Judgement (the "Motion."). My office concurrently submitted my Declaration in Support of the Motion (the "MSJ Declaration").

3. My MSJ Declaration in support of the Motion attaches the following exhibits which contain documents that Plaintiffs have been designated or treated as "Confidential" pursuant to the Stipulated Protective Order in this matter.

4. These documents are identified as Exhibits 45, 46, 47, 48, and 49.

5. Each of these five Exhibits contains highly confidential, non-public, and proprietary information that Plaintiffs do not disclose to the public and, if disclosed, could cause Plaintiffs harm.

6. Plaintiffs' request seeks to seal only the portions each Exhibit that complies with the requirements under L.R. 79-5 that the request be narrowly-tailored to seal only "sealable" material.

7. On or about May 10, 2022, my office met and conferred with counsel for Defendants to advise them that Plaintiffs would be filing the instant Application to file under seal exhibits that contain certain documents previously designated or treated as Confidential by Plaintiffs. There was no opposition to the Application.

///

///

///

///

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.  Executed the 13th day of May 2022 in
3  San Diego, California.

4  /s/ Patricia P. Hollenbeck
5  Patricia P. Hollenbeck