Edward Cramp, Esq. (SBN 212490)
E-mail:    EMCramp@duanemorris.com
Patricia P. Hollenbeck, Esq. (SBN 121765)
E-mail:    PHollenbeck@duanemorris.com
Karen L. Alexander, Esq. (SBN 265926)
E-mail:    KLAlexander@duanemorris.com
Ayad Mathews, Esq. (SBN 339785)
E-mail:    AMathews@duanemorris.com
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile:  619.744.2201

Attorneys for Plaintiffs/Counter-Defendants
American Career College, Inc. and
WEST COAST UNIVERSITY, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| American Career College, Inc., a California corporation, and West Coast University, Inc., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>Mario Oswaldo Medina, Sr. a/k/a Mario Oswaldo Medina Ortiz, a/k/a Mario Oswaldo Ortiz, a/k/a Mario M Ortiz, a/k/a Mario Oswaldo Medino a/k/a, Mario Ortiz Medina, an individual; Roger Adolfo Ortiz, a/k/a Roger Ortiz, a/k/a Roger Aofl Ortiz, an individual; Rolando Valdivia, a/k/a Raul Valdez; a/k/a Raul Val, an individual; Unete Healthcare Associates, L.L.C, doing business as Pronto Wellness, a California limited liability company, and DOES 1 -100, inclusive.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:21-CV-00698-PSG-SK<br><br>**PLAINTIFFS' NOTICE RE: NEUTRAL FORENSIC EXPERT**<br><br>Ctrm:    6A<br>Judge:   Hon: Philip S. Gutierrez<br><br>Filed: January 26, 2021 (upon removal)<br>SAC Filed: June 18, 2021<br>TAC Filed: February 17, 2022<br>Counterclaim Filed: July 2, 2021 and March 31, 2022 |

1 | Pursuant to the August 3, 2022 Minute Order (Dkt. 178), Plaintiffs hereby notify this Court that the parties have exchanged three proposals each and have selected Dan Conners at DISCO, who was one of Defendants' proposed neutrals, to be the neutral forensic expert in this matter. A copy of Mr. Conners's CV is attached as Exhibit A.

Dated: August 10, 2022

**DUANE MORRIS LLP**

By: */s/ Karen L. Alexander*
Edward M. Cramp, Esq.
Patricia P. Hollenbeck, Esq.
Karen L. Alexander, Esq.
Ayad Mathews, Esq.

Plaintiffs/Counter-Defendants
American Career College, Inc. and
West Coast University, Inc.

# EXHIBIT A



# Daniel E. Conners, CCE, A+

conners@csdisco.com

**PROFESSIONAL PROFILE:** Senior Forensic Examiner with 10+ years of performing computer, mobile device, and other electronic media investigations. Proven results in obtaining evidence in support of investigations and litigations, which resulted in highly effective court testimony. Performed on-site collections, both domestic in the United States, as well as international locations. Adept at quickly gaining a deep understanding of new technology and technical information, with the ability to implement that knowledge in future investigations. Advise clients and internal resources regarding solutions for best collection methods and best forensic procedures.

**PROFESSIONAL HISTORY:**

**DISCO:** Austin, TX
**Senior Forensic Examiner**
January 2022 – Present

A senior member of the DISCO forensics team bringing strong forensic analysis background and advanced forensics skills. Responsible for acquisition of various forms of electronic media, and the forensic analysis and reporting of findings regarding digital evidence. I provide affidavits and declarations, to reinforce my findings.

- Provide tailored solutions for complex collections and investigation methods
- Maintain evidence handling procedures to ensure an effective chain of custody
- Enterprise level network and server analysis and data collection
- Perform analysis work for the forensic group, including Internet activity analysis, deleted file recovery and analysis, LNK file analysis, USB device history analysis, Jump List/Shellbags analysis, restore point & shadow recovery and analysis, email activity analysis, mobile device analysis, as well as many other types of forensic investigation work
- Maintain accuracy and high standards of excellence of all summaries of findings
- Provide testimony at legal proceedings, including affidavits, declarations, and expert reports.

| | |
|---|---|
| **PROFESSIONAL HISTORY CONTINUED:** | **RICOH USA, Inc.:** Houston, TX<br>**Computer Forensics Consultant**<br>June 2011 – December 2021<br><br>Worked as part of the computer forensics team and performed tasks for all operations within the Ricoh forensics lab. Responsible for media handling and management, acquisition of various forms of electronic media, and the forensic analysis and reporting of findings regarding digital evidence.<br><br>- Acquisition of digital evidence from various forms of electronic media<br>- Enterprise level network and server analysis and data collection<br>- Perform intake, acquisition, analysis, and storage of digital evidence across a wide range of cases<br>- Perform analysis work for the forensic group, including Internet activity analysis, deleted file recovery, LNK file analysis, USB device history analysis, Shellbags analysis, restore point recovery and analysis, email activity analysis, mobile device analysis, as well as many other types of forensic investigation work<br>- Provide tailored solutions for complex collections and investigation methods<br>- Maintain all evidence handling procedures to ensure an effective chain of custody process<br>- Develop/test new tools used in forensics and eDiscovery activities<br>- Provided testimony at legal proceedings, including affidavits and declarations.<br>- Maintain accuracy and high standards of excellence of all summaries of findings |
| **PROFESSIONAL CERTIFICATIONS & LICENSES:** | **Certified Computer Examiner (CCE)**<br>International Society of Forensic Computer Examiners – 03/2017<br><br>**A+ Certification**<br>CompTIA – 02/2012<br><br>**Licensed Private Investigator**<br>State of Texas, Computer Forensics – 08/2011 |
| **TECHNICAL TRAINING:** | **Cellebrite CCO + CCPA Recertification Course**<br>Cellebrite – 06/2022<br><br>**AX350: AXIOM macOS Examinations**<br>Magnet Forensics – 11/2020<br><br>**AX320: Magnet AXIOM Internet & Cloud Investigations**<br>Magnet Forensics – 10/2020<br><br>**AX250: Axiom Advanced Computer Forensics**<br>Magnet Forensics – 09/2020<br><br>**AX200: Axiom Examinations**<br>Magnet Forensics – 09/2020 |

Daniel E. Conners

| | |
|---|---|
| **TECHNICAL TRAINING CONTINUED:** | **Cellebrite Advanced Smartphone Analyst (CASA)**<br>Cellebrite – 09/2018<br><br>**Cellebrite Certified Physical Analyst (CCPA)**<br>Cellebrite – 06/2018<br><br>**Cellebrite Certified Operator (CCO)**<br>Cellebrite – 06/2018<br><br>**ISFCE CCE BootCamp®**<br>International Society of Forensic Computer Examiners, ISFCE – 08/2016<br><br>**Surviving Digital Forensics: Link Files**<br>Sumuri LLC – 07/2015<br><br>**EnCase Computer Forensics II**<br>Guidance Software – 10/2014<br><br>**EnCase Computer Forensics I**<br>Guidance Software – 01/2014 |
| **RECENT TESTIMONY:** | **GlobalTranz Enterprises v. Pinnacle Logistics Group, LLC, an Arizona corporation; et al.**<br>May 2022 – Civil Action No. 22-CV-545 in the District of Arizona<br>Testified at a Deposition<br><br>**Armor Correctional Health Services, Inc. v. Bruce Teal**<br>March 2021 – Civil Action No. 1:19-cv-24656 in the United States District Court for the Southern District of Florida<br>Testified at a Deposition<br><br>**Netsync Network Solutions and Netsync Managed v. Red River Technology, LLC, Norma Barreda, and Pedro Cantu**<br>October 2020 – in The United States District Court for the Southern District of Texas, Houston Division<br>Testified at Hearing<br><br>**George Montano v. Ricoh USA, Inc.**<br>September 2019 – Civil Action No. 1:18-cv-02470-RM-KLM in the United States District Court for the District of Colorado<br>Testified at Deposition |