ROY J. JIMENEZ (Bar No. 192089)
E-Mail: rjimenez@tldlaw.com
R. SCOTT HARLAN (Bar No. 312497)
E-Mail: sharlan@tldlaw.com
JONATHAN J. COLEMAN (Bar No. 305950)
E-Mail: jcoleman@tldlaw.com
TREDWAY, LUMSDAINE & DOYLE LLP
3900 Kilroy Airport Way, Suite 240
Long Beach, California 90806
Telephone:   (562) 923-0971
Facsimile:    (866) 831-7302

Attorneys for Mario Ortiz, Roger Ortiz,
Rolando Valdivia, and Unete Healthcare
Associates, LLC

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CAREER COLLEGE, INC., A CALIFORNIA CORPORATION, AND WEST COAST UNIVERSITY, INC., a California Corporation, | Case No. 2:21-cv-00698-PSG-SK |
| Plaintiffs, | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| vs. | |
| | Judge:       Hon. Philip Gutierrez, Courtroom:  6A |
| MARIO OSWALDO MEDINA, SR., A/K/A MARIO OSWALDO MEDINA ORTIZ, A/K/A MARIO M ORTIZ, A/K/A MARIO OSWALDO MEDINO, A/K/A MARIO ORTIZ MEDINA, an individual; ROGER ADOLFO ORTIZ, A/K/A/ROGER ORTIZ, A/K/A ROGER AOFL ORTIZ, an individual; ROLANDO VALDIVIA, A/K/A RAUL VALDEZ, A/K/A RAUL VAL, an individual; UNETE HEALTHCARE ASSOCIATES, L.L.C. DBA PRONTO WELLNESS, a California limited liability company, and DOES 1 – 100, inclusive, | Action Filed:     January 26, 2021 Trial Date:       April 27, 2023 |
| Defendants. | |
| UNETE HEALTHCARE ASSOCIATES, L.L.C. DBA | |

TREDWAY, LUMSDAINE & DOYLE LLP
3900 Kilroy Airport Way, Suite 240
Long Beach, California 90806
(562) 923-0971

1

**TREDWAY, LUMSDAINE & DOYLE LLP**
3900 Kilroy Airport Way, Suite 240
Long Beach, California 90806
(562) 923-0971

1  PRONTO WELLNESS, a California
2  limited liability company,

3           Counterclaimant,

4      vs.
5  AMERICAN CAREER COLLEGE,
6  INC., a California Corporation;
   WEST COAST UNIVERSITY,
7  INC., a California Corporation, and
8  ROES 1 – 100, inclusive

9           Counter-Defendants.

10

11 **TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

12     **NOTICE IS HEREBY GIVEN** that Roy J. Jimenez, Esq. from Tredway,

13 Lumsdaine & Doyle LLP attorney of record for Defendnats Mario Ortiz, Roger

14 Ortiz and Rolando Valdivia, and Defendant/Cross-Complainant Únete Healthcare

15 Associates, LLC in the above-entitled matter, will be absent and unavailable for any

16 purpose whatsoever, including but not limited to, receiving Notices of any kind,

17 responding to Ex-Parte Applications, appearing in Court or attending Depositions,

18 during the period of August 29, 2022 through September 14, 2022.

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1     **PLEASE TAKE FURTHER NOTICE** that counsel are cautioned not to

2 schedule appearances or other proceedings requiring responses within the

3 designated periods and that all issues arising during said period of time be deferred

4 accordingly. Purposefully scheduling a conflicting proceeding without good cause is

5 sanctionable conduct. *Tenderlion Housing Clinic v. Adam Sparks 8 Cal.App.4th*

6 *299*.

7

8 DATED:  August 25, 2022         TREDWAY, LUMSDAINE & DOYLE LLP

9                              ROY J. JIMENEZ

10                              R. SCOTT HARLAN

                             JONATHAN J. COLEMAN

11

12

13 By: _____

Roy Jimenez (Aug 25, 2022 12:45 PDT)

14        ROY J. JIMENEZ

       Attorneys for Mario Ortiz, Roger Ortiz,

15        Rolando Valdivia, and Únete Healthcare

       Associates, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

**TREDWAY, LUMSDAINE & DOYLE LLP**
3900 Kilroy Airport Way, Suite 240
Long Beach, California 90806
(562) 923-0971

**TREDWAY, LUMSDAINE & DOYLE LLP**
3900 Kilroy Airport Way, Suite 240
Long Beach, California 90806
(562) 923-0971

## PROOF OF SERVICE

**American Career College, Inc. et al. v. Mario Oswaldo Medina, Sr., et al.**
**Case No. 2:21-cv-00698-PSG-SK**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 3900 Kilroy Airport Way, Suite 240, Long Beach, CA 90806.

On August 25, 2022, I served true copies of the following document(s) described as **NOTICE OF UNAVAILABILITY OF COUNSEL** on the interested parties in this action as follows:

| | |
|---|---|
| Edward Cramp | *Attorneys for Plaintiffs/Counter* |
| Patricia P. Hollenbeck | *Defendant AMERICAN CAREER* |
| Karen L. Alexander | *COLLEGE, INC., a California* |
| Ayad Mathews | *corporation; WEST COAST* |
| DUANE MORRIS LLP | *UNIVERSITY, INC.,* |
| 750 B Street, Suite 2900 | *a California corporation* |
| San Diego, CA 92101 | |

Telephone:  (619) 744-2200
Facsimile:   (619) 744-2201
Emails:
EMCramp@duanemorris.com
phollenbeck@duanemorris.com
klalexander@duanemorris.com
AMunyon@duanemorris.com
kasaari@duanemorris.com
AMathews@duanemorris.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address cnguyen@tldlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 25, 2022, at Long Beach, California.

_____
Crystal Nguyen