Edward M. Cramp, Esq. (SBN 212490)
E-mail:     EMCramp@duanemorris.com
Patricia P. Hollenbeck, Esq. (SBN 121765)
E-mail:     PHollenbeck@duanemorris.com
Karen L. Alexander, Esq. (SBN 265926)
E-mail:     KLAlexander@duanemorris.com
Ayad Mathews (SBN 339785)
E-mail:     AMathews@duanemorris.com
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile:  619.744.2201

Attorneys for Plaintiffs/Counter-Defendants
AMERICAN CAREER COLLEGE, INC. and
WEST COAST UNIVERSITY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Career College, Inc., a California corporation, and West Coast University, Inc., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>Mario Oswaldo Medina, Sr. a/k/a Mario Oswaldo Medina Ortiz, a/k/a Mario Oswaldo Ortiz, a/k/a Mario M Ortiz, a/k/a Mario Oswaldo Medino a/k/a, Mario Ortiz Medina, an individual; Roger Adolfo Ortiz, a/k/a Roger Ortiz, a/k/a Roger Aofl Ortiz, an individual; Rolando Valdivia, a/k/a Raul Valdez; a/k/a Raul Val, an individual; Unete Healthcare Associates, L.L.C, doing business as Pronto Wellness, a California limited liability company, and DOES 1 -100, inclusive.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:21-CV-00698-PSG-SK<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR SANCTIONS BASED ON DEFENDANTS' DISCOVERY ABUSES, REPEATED VIOLATIONS OF COURT ORDERS, AND SPOLIATION OF EVIDENCE**<br><br>Hearing:   March 24, 2023<br>Time:      1:30 p.m.<br>Ctrm:      6A<br>Judge:     Hon: Philip S. Gutierrez<br><br>Filed: January 26, 2021 (upon removal)<br>SAC Filed: June 18, 2021<br>TAC Filed: February 17, 2022<br>Counterclaim Filed: July 2, 2021 and March 31, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 37(b)(2), (c)(1), and (e), the applicable Civil Local Rules of the U.S. District Court for the Central District of California, and the Court's inherent authority, on March 24, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6A in the above-entitled Court, Plaintiffs American Career College, Inc. ("ACC") and West Coast University, Inc. ("WCU") (collectively, "Plaintiffs") will and do hereby move the Court for an Order for Sanctions against Defendants Unete Healthcare Associates, L.L.C., dba Pronto Wellness ("Pronto"), Roger Adolfo Ortiz ("Ortiz"), Mario Oswaldo Medina, Sr. ("Medina"), and Rolando Valdivia ("Valdivia") (collectively, "Defendants") based on Defendants' discovery abuses, repeated violations of Court orders, and spoliation of evidence ("Motion").

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 3, 2023.

This Motion is based on this Notice of Motion, the Memorandum of Points And Authorities and the Declaration of Edward M. Cramp filed concurrently herewith, any further briefing, evidence, and argument that may be presented to the Court in connection with the Motion, and any other pleadings filed in this action.

Dated: January 20, 2023                **DUANE MORRIS LLP**

By:  */s/ Edward M. Cramp*
Edward M. Cramp, Esq.
Patricia P. Hollenbeck, Esq.
Karen L. Alexander, Esq.
Ayad Mathews, Esq.

Attorneys for Plaintiffs/Counter-Defendants American Career College, Inc. and West Coast University, Inc.