Edward M. Cramp, Esq. (SBN 212490)
E-mail:     EMCramp@duanemorris.com
Patricia P. Hollenbeck, Esq. (SBN 121765)
E-mail:     PHollenbeck@duanemorris.com
Karen L. Alexander, Esq. (SBN 265926)
E-mail:     KLAlexander@duanemorris.com
Ayad Mathews (SBN 339785)
E-mail:     AMathews@duanemorris.com
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile:  619.744.2201

Attorneys for Plaintiffs
AMERICAN CAREER COLLEGE, INC. and
WEST COAST UNIVERSITY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Career College, Inc., a California corporation, and West Coast University, Inc., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>Mario Oswaldo Medina, Sr. a/k/a Mario Oswaldo Medina Ortiz, a/k/a Mario Oswaldo Ortiz, a/k/a Mario M Ortiz, a/k/a Mario Oswaldo Medino a/k/a, Mario Ortiz Medina, an individual; Roger Adolfo Ortiz, a/k/a Roger Ortiz, a/k/a Roger Aofl Ortiz, an individual; Rolando Valdivia, a/k/a Raul Valdez; a/k/a Raul Val, an individual; Unete Healthcare Associates, L.L.C, doing business as Pronto Wellness, a California limited liability company, and DOES 1 -100, inclusive.<br><br>Defendants. | Case No. 2:21-CV-00698-PSG-SK<br><br>**STATEMENT REGARDING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND REQUEST FOR ATTORNEYS' FEES**<br><br>Hearing:     September 8, 2023<br>Time:        01:30 p.m.<br>Ctrm:        6A<br>Judge:       Hon. Philip S. Gutierrez<br><br>Filed: January 26, 2021 (upon removal)<br>SAC Filed: June 18, 2021<br>TAC Filed: February 17, 2022 |

|   |   |
|---|---|
| 1 | On May 17, 2023, this Court issued an order granting Plaintiffs American Career College, Inc. and West Coast University, Inc.'s (collectively, "Plaintiffs") Motion for Sanctions Based on Defendants' Discovery Abuses, Repeated Violations of Court Orders, and Spoliation of Evidence (ECF No. 229).  *See Order Granting Plaintiffs' motion for sanctions and Denying as moot Plaintiffs' and Defendants' motions for partial summary judgment*, ECF No. 252.  The Court ordered the clerk of the Court to (1) strike Defendants Unete Healthcare Associates, L.L.C., dba Pronto Wellness, Mario Oswaldo Medina, Sr., Roger Adolfo Ortiz, and Rolando Valdivia's (collectively, "Defendants") answer and counterclaims and (2) enter default against Defendants.  *See id.* at p. 13.

The Court also ordered Plaintiffs to file a motion for default judgment and a request for attorneys' fees no later than August 11, 2023.  *Id.*  On July 28, 2023, Plaintiffs complied with the Court's order by filing a motion for default judgment (ECF No. 256) and a request for attorneys' fees (ECF No. 257).  The hearing is set for September 8, 2023.

This District Court's local rules require that each opposing party, not later than twenty-one (21) days before the date designated for the hearing of the motion, serve upon all other parties and file with the Clerk either (a) opposition papers or (b) a written statement that the party will not oppose the motion.  *See* L.R. 7-9.  Defendants failed to comply with L.R. 7-9.  As such, Plaintiffs' motion for default judgment and request for attorneys' fees, are unopposed.

Civil Local Rule 7-10 requires reply papers to be filed not later than fourteen (14) days before the hearing date.  However, since Defendants did not oppose either filing, Plaintiffs submit the briefing is complete.

///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: August 25, 2023 | **DUANE MORRIS LLP** |
| 2 | | |
| 3 | | By: */s/ Patricia P. Hollenbeck* |
| | | Edward M. Cramp, Esq. |
| 4 | | Patricia P. Hollenbeck, Esq. |
| | | Karen L. Alexander, Esq. |
| 5 | | Ayad Mathews, Esq. |
| | | Attorneys for Plaintiffs |
| 6 | | American Career College, Inc. and |
| | | West Coast University, Inc. |