**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN CAREER COLLEGE, INC., A CALIFORNIA CORPORATION, AND WEST COAST UNIVERSITY, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MARIO OSWALDO MEDINA, SR., A/K/A MARIO OSWALDO MEDINA ORTIZ, A/K/A MARIO M ORTIZ, A/K/A MARIO OSWALDO MEDINO, A/K/A MARIO ORTIZ MEDINA, an individual; ROGER ADOLFO ORTIZ, A/K/A ROGER ORTIZ, A/K/A ROGER AOFL ORTIZ, an individual; ROLANDO VALDIVIA, A/K/A RAUL VALDEZ, A/K/A RAUL VAL, an individual; UNETE HEALTHCARE ASSOCIATES, L.L.C. DBA PRONTO WELLNESS, a California limited liability company, and DOES 1–100, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.: 2:21-cv-00698-PSG-SK<br><br>**ORDER GRANTING DEFENDANTS ROGER ORTIZ, MARIO MEDINA, AND UNETE HEALTHCARE ASSOCIATES L.L.C.'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT (ECF 256) AND REQUEST FOR ATTORNEYS' FEES (ECF 257) AND FOR AN ORDER GRANTING DEFENDANTS LEAVE TO FILE OPPOSITIONS TO BOTH MOTIONS**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Action Filed:   January 26, 2021<br>Trial Date: NA |

The Court, having considered Defendants Roger Ortiz, Mario Medina, and Unete Healthcare Associates L.L.C.'s (collectively, "Defendants") *Ex Parte* Application for an Order Continuing the Hearing on Plaintiffs' Motion for Default Judgment (ECF 256) and Request for Attorneys' Fees (ECF 257) and for an Order Granting Defendants Leave to File Oppositions to Both Motions, and determining that good cause exists, **IT IS HEREBY ORDERED** that Defendants' *Ex Parte* Application is **granted as follows:**

1. The hearing on Plaintiffs' Motion for Default Judgment and Request for Attorneys' Fees is hereby continued from September 8, 2023, to October 6, 2023 at 1:30 ~~a.m.~~/p.m.

2. Defendants' oppositions thereto are due on or before September 15, 2023.

3. Plaintiffs' reply briefs thereto are due on or before September 22, 2023.

DATED: September 6, 2023        By: _____
                                    HONORABLE PHILIP S. GUTIERREZ
                                    UNITED STATES DISTRICT COURT JUDGE