UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 21-00698-PSG (SKx)                                  Date: January 10, 2024

Title   American Career College, Inc. et al v. Mario Oswaldo Medina, Sr., et al

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | CS 01/10/24 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| **Attorneys Present for Judgment Creditor(s):** | **Attorneys Present for Judgment Debtor(s):** |
|---|---|
| Phillip Zunshine | Rolando Valdivia, Pro Se |
| | Peter Scott for Roger Ortiz |
| | Barry Wegman for Clinical Edify |

**Proceedings:**    **JUDGMENT DEBTOR EXAMINATION**

Case called. The parties state their appearances for the record. Judgment Debtors, Roger Ortiz and Rolando Valdivia are sworn-in. The parties conduct the Judgment Debtor Examinations off the record.

Roger Ortiz is ordered not to transfer, sell, encumber, or in any way dispose of any ownership interest he may have in Clinical Edify. Mr. Ortiz is further ordered not to transfer, sell, encumber, or in way dispose of any ownership interest he may have in Pronto Wellness, subject to further order of this Court or further order of the Bankruptcy Court as to Clinical Edify.

The Court grants the proposed turnover order as to Roger Ortiz and the 2018 Jaguar, presented by Creditor's Counsel. A separate order will issue.

Pursuant to Mr. Ortiz's oral agreement, his counsel, Peter Scott, will accept service on his behalf of future filings and documents related to this proceeding.

By no later than 5 PM on January 16, Creditor's Counsel and Mr. Scott are ordered to meet and confer and submit an application or stipulation with a proposed turnover order regarding Pronto Wellness assets. Any opposition is due by 5pm on January 17.

| | 01:05 |
|---|---|
| **Initials** of Preparer | CC |