FILED
CLERK, U.S. DISTRICT COURT
1/10/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: clee DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

AMERICAN CAREER COLLEGE, INC., et al.

Plaintiffs,

v.

MARIO OSWALDO MEDINA, et al.

Defendants.

CASE NO. 2:21-CV-00698-PSG-SK

**TURNOVER ORDER RE ROGER ORTIZ**

Courtroom: 540
Judge: Hon. Steve Kim
Date: January 10, 2024
Time: 10:00 a.m.

On January 10, 2024, at 10:00 a.m. in Courtroom 540 of the above court, American Career College, Inc and West Coast University, Inc (collectively "Judgment Creditors") appeared by counsel Phillip A. Zunshine, who conducted the judgment debtor examination ("Exam") of Roger Ortiz ("Judgment Debtor").

After considering the argument of counsel, the testimony of Judgment Debtor at the Exam, and for good cause appearing, the court finds as follows:

A. On October 18, 2023, Judgment Creditors obtained a judgment for $5,933,702 against, among others, Judgment Debtor ("Judgment"). Judgment Debtor has paid nothing on the Judgment and the entire Judgment amount plus post-judgment interest and costs remains due and owing.

B. Judgment Debtor testified at the Exam that he has in his possession and control the following property:

1. 2018 Jaguar F-Pace, CA Plate No. 8TWL378

2.

3.

4.

**ORDER**

**IT IS HEREBY ORDERED AS FOLLOWS:**

A. Consistent with the provisions of Code of Civil Procedure §§ 699.040 and 708.205, Judgment Debtor shall—within three days of service of this order—deliver to the U.S. Marshals Service the following property, which shall be sold at auction and the proceeds applied towards satisfaction of the Judgment, subject to any exemption amount.

1. 2018 Jaguar F-Pace, CA Plate No. 8TWL378

2.

3.

4.

///

///

///

///

///

B. THE FAILURE OF JUDGMENT DEBTOR TO COMPLY WITH THIS ORDER MAY SUBJECT HIM TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.

C. Promptly after receipt, the U.S. Marshal shall deliver to Judgment Creditor, through its attorney Phillip A. Zunshine of Grant & Kessler, APC, 1331 India Street, San Diego, CA 92101, all proceeds from the sale of Judgment Debtor's property, which shall be applied towards satisfaction of the Judgment.

Dated: Jan 10, 2024

Hon. Steve Kim
United States Magistrate Judge

X:\Data\01-423\G-Orap\Roger + Unete\Roger Turnover Order.docx