Miles D. Grant, Esq.       (SBN   89766)
Phillip A. Zunshine, Esq.   (SBN 339010)
**GRANT & KESSLER, APC**
1331 India Street
San Diego, CA 92101
Tel: 619-233-7078; Fax: 619-233-7036

Attorneys for Judgment Creditors American
Career College, Inc and West Coast
University, Inc

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CAREER COLLEGE, INC., et al.<br><br>                    Plaintiffs,<br><br>     v.<br><br>MARIO OSWALDO MEDINA, et al.<br><br>                    Defendants. | CASE NO. 2:21-CV-00698-PSG-SK<br><br>**DECLARATION OF PHILLIP A. ZUNSHINE IN SUPPORT OF JUDGMENT CREDITORS' EX PARTE APPLICATION FOR APPOINTMENT OF A SUB-CUSTODIAN OVER JUDGMENT DEBTOR'S JAGUAR**<br><br>**[No Hearing Required]** |

I, Phillip A. Zunshine, declare:

1.  I am an attorney licensed to practice in California and I am an associate of Grant & Kessler, APC, attorney for Judgment Creditors in this action.  All facts set forth herein are based on my personal knowledge and if called as a witness I could testify competently hereto.

2.  On January 10, 2024, I conducted the judgment debtor examination of Roger Adolfo Ortiz ("Judgment Debtor").  Following the exam, this Court entered a turnover order ("Turnover Order"), a copy of which is attached as **Exhibit 1**, requiring Judgment Debtor to turn his 2018 Jaguar F-Pace, CA Plate No. 8TWL378

("Jaguar") over to the U.S. Marshals within three days so it could be sold at auction towards satisfaction of the Judgment.

3.   On January 11, 2024, I contacted the U.S. Marshals to coordinate delivery of the Jaguar.  Attached as **Exhibit 2** is a copy of my emails with the U.S. Marshals. The U.S. Marshals confirmed that they would not accept delivery of the Jaguar but instead Judgment Creditors must obtain a Court order appointing a sub-custodian to take possession of the Jaguar.

4.   Between January 11 and January 17, I had several telephone calls with the U.S. Marshals about options for arranging delivery of the Jaguar without needing a further court order for appointment of a sub-custodian.  In our final call, the U.S. Marshal reiterated that Judgment Creditors must obtain appointment of a sub-custodian.

5.   Between January 17 and January 22, my office spoke with over a dozen tow yards in the area to find one willing to serve as a sub-custodian.

6.   On January 22, I spoke with Kevin De La Torre of United Carrier Towing, a tow yard in Los Angeles.  Mr. De La Torre confirmed that he is willing to serve as sub-custodian until the U.S. Marshal's sale of the Jaguar.

7.   On January 22 at 2:29 p.m., I sent an email, a copy of which is attached as **Exhibit 3**, to Judgment Debtor's attorney Peter Scott notifying him of this *ex parte* application.  As stated in the email, I previously tried to call Mr. Scott's office but neither he nor his voicemail were available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 22, 2024, at San Diego, California.

*/s/ Phillip A. Zunshine*
Phillip A. Zunshine

X:\Data\01-423\C-Motions\XP App re Sub-Custodian\XP App.docx

2

DECLARATION OF PHILLIP A. ZUNSHINE IN SUPPORT OF EX PARTE
APPLICATION FOR SUB-CUSTODIAN                                            21-cv-00698-PSG-SK

# EXHIBIT 1

**FILED**
CLERK, U.S. DISTRICT COURT

1/10/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ clee _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CAREER COLLEGE, INC., et al. | CASE NO. 2:21-CV-00698-PSG-SK |
| Plaintiffs, | **TURNOVER ORDER RE ROGER ORTIZ** |
| v. | Courtroom:   540 |
| MARIO OSWALDO MEDINA, et al. | Judge:   Hon. Steve Kim |
| Defendants. | Date:   January 10, 2024 |
| | Time:   10:00 a.m. |

On January 10, 2024, at 10:00 a.m. in Courtroom 540 of the above court, American Career College, Inc and West Coast University, Inc (collectively "Judgment Creditors") appeared by counsel Phillip A. Zunshine, who conducted the judgment debtor examination ("Exam") of Roger Ortiz ("Judgment Debtor").

After considering the argument of counsel, the testimony of Judgment Debtor at the Exam, and for good cause appearing, the court finds as follows:

A. On October 18, 2023, Judgment Creditors obtained a judgment for $5,933,702 against, among others, Judgment Debtor ("Judgment"). Judgment Debtor has paid nothing on the Judgment and the entire Judgment amount plus post-judgment interest and costs remains due and owing.

1

B. Judgment Debtor testified at the Exam that he has in his possession and control the following property:

1. 2018 Jaguar F-Pace, CA Plate No. 8TWL378

2.

3.

4.

## ORDER

### IT IS HEREBY ORDERED AS FOLLOWS:

A. Consistent with the provisions of Code of Civil Procedure §§ 699.040 and 708.205, Judgment Debtor shall—within three days of service of this order—deliver to the U.S. Marshals Service the following property, which shall be sold at auction and the proceeds applied towards satisfaction of the Judgment, subject to any exemption amount.

1. 2018 Jaguar F-Pace, CA Plate No. 8TWL378

2.

3.

4.

///
///
///
///
///

2

TURNOVER ORDER RE ROGER ORTIZ

1    B. THE FAILURE OF JUDGMENT DEBTOR TO COMPLY WITH THIS
2    ORDER MAY SUBJECT HIM TO ARREST AND PUNISHMENT FOR
3    CONTEMPT OF COURT.
4        C. Promptly after receipt, the U.S. Marshal shall deliver to Judgment Creditor,
5    through its attorney Phillip A. Zunshine of Grant & Kessler, APC, 1331 India Street,
6    San Diego, CA 92101, all proceeds from the sale of Judgment Debtor's property,
7    which shall be applied towards satisfaction of the Judgment.

8
9    Dated: Jan 10 2024

10                                        Hon. Steve Kim
11                                        United States Magistrate Judge
12
13   X:\Data\01-423\G-Orap\Roger + Unete\Roger Turnover Order.docx
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                 3

                                           TURNOVER ORDER RE ROGER ORTIZ

# EXHIBIT 2

**Phillip Zunshine**

| | |
|---|---|
| **From:** | Mahmood, Helen (USMS) <Helen.Mahmood@usdoj.gov> |
| **Sent:** | Tuesday, January 16, 2024 9:47 AM |
| **To:** | Phillip Zunshine |
| **Cc:** | Miles Grant; AJ Kessler; Peter Scott |
| **Subject:** | RE: Order for Turnover of Vehicle // ACC re Pronto |

Good morning Mr. Zunshine,

I just called you. Give me a call whenever you get a chance at 562-396-1199. Thanks!

**Helen Mahmood**
Data Analyst
United States Marshals Service
Central District of California
One Federal Solution – Contractor
Office: (213) 620-8310
Email: Helen.Mahmood@usdoj.gov

**From:** Phillip Zunshine <phillip@grantandkessler.com>
**Sent:** Tuesday, January 16, 2024 8:46 AM
**To:** Mahmood, Helen (USMS) <Helen.Mahmood@usdoj.gov>
**Cc:** Miles Grant <miles@grantandkessler.com>; AJ Kessler <aj@grantandkessler.com>; Peter Scott <pscott@earlysullivan.com>
**Subject:** [EXTERNAL] RE: Order for Turnover of Vehicle // ACC re Pronto

Hi Helen,

I just left you a voicemail about this.  Please give me a call today to discuss.

Thank very much.

Phil

Phillip A. Zunshine, Esq.
**GRANT & KESSLER, APC**
1331 India Street
San Diego, CA 92101
Tel: 619-233-7078; Fax: 619-233-7036
Cell: 614-537-6195
Phillip@grantandkessler.com

CONFIDENTIAL INFORMATION
The pages comprising this email transmission contain confidential information from this firm. This information is intended solely for the use by the person or entity named as a recipient.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the information is prohibited.  If you receive this transmission by error, please notify us by telephone immediately so that we may arrange to retrieve this information at no cost to you.

**From:** Mahmood, Helen (USMS) <Helen.Mahmood@usdoj.gov>
**Sent:** Thursday, January 11, 2024 12:53 PM
**To:** Phillip Zunshine <phillip@grantandkessler.com>
**Cc:** Miles Grant <miles@grantandkessler.com>; AJ Kessler <aj@grantandkessler.com>; Peter Scott <pscott@earlysullivan.com>
**Subject:** RE: Order for Turnover of Vehicle // ACC re Pronto

Good morning Mr. Zunshine,

I have consulted out general counsel and he informed me that the Marshal do not store property. You will need to get an order for a sub-custodian to be responsible for the vehicle and you will have to find a place to store it. We can then coordinate with you and our office to conduct the sale.

Please let me know if you have any additional questions.


Cheers!
**Helen Mahmood**
Data Analyst
United States Marshals Service
Central District of California
One Federal Solution – Contractor
Office: (213) 620-8310
Email: Helen.Mahmood@usdoj.gov

**From:** Phillip Zunshine <phillip@grantandkessler.com>
**Sent:** Thursday, January 11, 2024 9:10 AM
**To:** Mahmood, Helen (USMS) <Helen.Mahmood@usdoj.gov>
**Cc:** Miles Grant <miles@grantandkessler.com>; AJ Kessler <aj@grantandkessler.com>; Peter Scott <pscott@earlysullivan.com>
**Subject:** [EXTERNAL] Order for Turnover of Vehicle // ACC re Pronto
**Importance:** High

Hi Helen,

Our office represents American Career College, Inc and West Coast University (collectively, "Judgment Creditors") in Case No. 2:21-cv-00698-PSG-SK.  Judgment Creditors have a Judgment against, among others, Roger Ortiz.  A copy of the issued Writ of Execution is attached.

Yesterday, Judge Kim signed the attached Turnover Order requiring Mr. Ortiz to turn his 2018 Jaguar F-Pace, CA Plate No. 8TWL378 ("Subject Vehicle") over to the U.S. Marshals so it can be sold towards satisfaction of the Judgment.

**ASAP,** please advise where Mr. Ortiz should deliver the Subject Vehicle to the U.S. Marshals.  Judge Kim's order gave Mr. Ortiz three days to turn the Subject Vehicle over, so it is imperative that you immediately advise where the U.S. Marshals will accept delivery.

I have copied Peter Scott, Mr. Ortiz' attorney, on this email.  Please reply all to this email and copy Mr. Scott on any communications about turnover of the Subject Vehicle.

Thanks very much.

Phil

Phillip A. Zunshine, Esq.
**GRANT & KESSLER, APC**
1331 India Street
San Diego, CA 92101
Tel: 619-233-7078; Fax: 619-233-7036
Cell: 614-537-6195
Phillip@grantandkessler.com

CONFIDENTIAL INFORMATION
The pages comprising this email transmission contain confidential information from this firm. This information is intended solely for the use by the person or entity named as a recipient.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the information is prohibited.  If you receive this transmission by error, please notify us by telephone immediately so that we may arrange to retrieve this information at no cost to you.

# EXHIBIT 3

## Phillip Zunshine

| | |
|---|---|
| **From:** | Phillip Zunshine |
| **Sent:** | Monday, January 22, 2024 2:29 PM |
| **To:** | Peter Scott |
| **Cc:** | Miles Grant; AJ Kessler |
| **Subject:** | NOTICE OF EX PARTE APPLICATION RE JAGUAR // ACC re Pronto |
| **Attachments:** | RE: Order for Turnover of Vehicle // ACC re Pronto |

Hi Peter,

I just tried leaving you a voicemail but the recording said your mailbox was unavailable at this time.

Based on the attached emails with the U.S. Marshal (which you were copied with) and subsequent telephone calls, the Marshal is not budging.  They will not take possession of Mr. Ortiz' Jaguar without a Court order authorizing a sub-custodian to take possession.  We finally found a tow yard willing to do this.  As a result, I will be filing an *ex parte* application later today to have the Court appoint United Carrier Towing at 1823 S. Hope Street, Los Angeles, 90015 as sub-custodian until the Marshal's sale.  The tow yard will store the vehicle until the sale.

I'll email you the papers later this afternoon.

Phil

Phillip A. Zunshine, Esq.
**GRANT & KESSLER, APC**
1331 India Street
San Diego, CA 92101
Tel: 619-233-7078; Fax: 619-233-7036
Cell: 614-537-6195
Phillip@grantandkessler.com

CONFIDENTIAL INFORMATION
The pages comprising this email transmission contain confidential information from this firm. This information is intended solely for the use by the person or entity named as a recipient.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the information is prohibited.  If you receive this transmission by error, please notify us by telephone immediately so that we may arrange to retrieve this information at no cost to you.