# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CAREER COLLEGE, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>MARIO OSWALDO MEDINA, et al.<br><br>Defendants. | CASE NO. 2:21-CV-00698-PSG-SK<br><br>**ORDER APPOINTING A SUB-CUSTODIAN OVER JUDGMENT DEBTOR'S JAGUAR** |

Having considered the *ex parte* application to appoint a sub-custodian over Roger Adolfo Ortiz's Jaguar ("Ex Parte Application") filed by Judgment Creditors American Career College, Inc and West Coast University, Inc, and good cause appearing therefore,

**THE COURT HEREBY ORDERS AS FOLLOWS**:

1. The Ex Parte Application filed as ECF #356 is GRANTED;

2. Kevin De La Torre of United Carrier Towing ("Sub-Custodian") is appointed as sub-custodian of Roger Adolfo Ortiz's ("Judgment Debtor") 2018 Jaguar F-Pace, CA Plate No. 8TWL378 ("Jaguar");

///

1     3.  Within three days, Judgment Debtor shall deliver the Jaguar to the Sub-
2  Custodian at 1823 S. Hope Street, Los Angeles, CA 90015; and
3     4.  The Sub-Custodian shall keep possession of the Jaguar until otherwise ordered
4  by this Court or requested by the U.S. Marshals.  The Sub-Custodian shall comply
5  with any request or instructions the U.S. Marshals may make to (a) deliver the Jaguar
6  to any location so that the U.S. Marshals may sell or deliver it to the buyer or (b) if
7  the Jaguar is not otherwise sold at auction, release the Jaguar to the Judgment Debtor.

Dated: January 24, 2024

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE