# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CAREER COLLEGE, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>MARIO OSWALDO MEDINA, et al.<br><br>Defendants. | CASE NO. 2:21-CV-00698-AH-SKx<br><br>**ORDER FOR PERMANENT INJUNCTION [377]**<br><br>Judge: Hon. Anne Hwang<br>Courtroom: **7D**<br><br>**NO FUTURE HEARINGS** |

# ORDER

Based on the Stipulation by Plaintiffs and Defendants Mario Medina ("Medina"), Roger Ortiz ("Ortiz") and Rolando Valdivia ("Valdivia"), and good cause appearing therefore, **IT IS HEREBY ORDERED AS FOLLOWED**:

1. For a period of seven (7) years from the date of this Order, neither Medina, Ortiz nor Valdivia (collectively the "Debtors") may directly or "Indirectly" own any interest in, operate, be employed by, or be involved in any business, anywhere in the United States, that concerns nurses, nursing, nursing students, nursing schools, nurses working at hospitals, clinical rotations at hospitals or healthcare facilities, managing clinical rotations at hospitals, the management of documents or

information related to nursing clinical rotations, hospitals that hire nurses and nurse interns or trainees, clothing and/or equipment for nurses, education of nurses, background and medical screening and compliance for nursing students, and any other activity that in any way involves nurses ("Nursing Activity"). "Indirectly" means engages in Nursing Activity through an LLC, corporation, partnership, other business entity, family member, business, associate, or friend.

2. Regardless of anything stated above, this Injunction will not prevent any of the Debtors from starting a business that does not exist at the time of the entry of this Order or being employed in a job where they interact with nurses so long as they are not competing with Creditors' Nursing Activity.

3. After entry of this Order, Creditors will release all liens they have on the assets of the Debtors and will execute and/or record any documents that are reasonably required to evidence such release of liens. So long as there is no violation of this Injunction, Creditors will not pursue any collection efforts on the Judgment. If there is no violation of the Injunction, then when the Injunction terminates, after seven years, the Judgment will automatically be deemed and agreed to be satisfied in full as between the Debtors and Creditors and Creditors will file a full satisfaction of the Judgment within seven days after the termination.

4. If Creditors contend Debtors have violated this Injunction, Creditors will undertake the procedures set forth in the "Stipulation For Permanent Injunction" ("Stipulation") signed by the Parties and filed with this Court. All terms, definitions and procedures in the Stipulation are incorporated into and is part of this Injunction.

5. If the Neutral, as defined in the Stipulation, finds a violation of this Injunction, against Ortiz and/or Medina, immediately thereafter, without further notice: (a) the Judgment shall remain in full force and effect; (b) Creditors may immediately pursue collection efforts on the Judgment against all of the Debtors; (c) Creditors may seek any and all available orders and other remedies in this action, including sanctions, to compel compliance with this Injunction; and (d) this Court

will retain jurisdiction to provide such relief. If the Neutral determines that only Valdivia violated the Injunction, not Ortiz or Medina, the violation by Valdivia, shall not affect Ortiz or Medina and shall not constitute a Violation by or as to Ortiz or Medina.

6. If this case is closed by the Court or the Clerk, Creditors shall have the ability to reopen the case to seek such relief.

**IT IS SO ORDERED.**

Dated:  MAY 7, 2025



HON. ANNE HWANG
United States District Judge